**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10513 |
| Plaintiff - Appellee, | D.C. No. 4:11-cr-01462-CKJ |
| v. | |
| MANUEL TRINIDAD PEREZ-ROMERO, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Philip G. Reinhard, District Judge, Presiding[**]

Submitted September 10, 2012[***]

Before:     WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Manuel Trinidad Perez-Romero appeals from his guilty-plea conviction and

37-month sentence for possession with intent to distribute marijuana, in violation

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The Honorable Philip G. Reinhard, Senior United States District Judge for the Northern District of Illinois, sitting by designation.

[***]      The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

of 21 U.S.C. § 841(a)(1) and (b)(1)(D).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Perez-Romero's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Perez-Romero with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.  We dismiss in light of the valid appeal waiver.  *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**